# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ADEL AL HAKEEMY | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Civ. Case No. 05-429 (RJL) |
| | ) | |
| BARACK H. OBAMA, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## ORDER

On July 13, 2009, petitioner's counsel moved to withdraw from the case. At the request of petitioner's counsel, the Court delayed ruling on the motion until replacement counsel was found. On March 2, 2010, the Court appointed attorneys from the Federal Public Defender for the Northern District of Ohio as replacement counsel and subsequently granted the pending motion to withdraw. In light of the Court's Order and the Government's most recent status report in this case, it is hereby

**ORDERED** that petitioner's counsel shall, within 90 days of this Order, show cause why the case should not proceed to a hearing on the merits or be dismissed without prejudice. Failure to comply with this Order may result in dismissal of the action pursuant to Local Rule 83.23.

**SO ORDERED.**

March 12, 2010

RICHARD J. LEON
United States District Judge